IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARSHA ANNE SWANSTROM, DAVID LEE SWANSTROM, and WALTER E. ADAMS, | ) ) ) ) | CASE NO. 4:10CV3067 |
| Plaintiffs, | ) ) | MEMORANDUM AND ORDER |
| v. | ) ) | |
| GRANDVIEW APARTMENTS, | ) ) | |
| Defendant. | ) | |

Plaintiffs filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiffs' Motion, the court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 27th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge